No. 27,612.

J. F. FARLEY, Receiver of THE MID-WEST MUTUAL INSURANCE COMPANY, *Appellant*, v. N. R. ADRIANCE et al., *Appellees.*

No. 27,632.

J. F. FARLEY, Receiver of THE MID-WEST MUTUAL INSURANCE COMPANY, *Appellant*, v. GEORGE T. ADKISON et al., *Appellees.*

(261 Pac. 1116.)

MEMORANDUM DECISION.
(Following *Hall v. Hall*, 124 Kan. 466, 260 Pac. 645.)

Appeal from Sedgwick district court, division No. 4; ISAAC N. WILLIAMS, judge. Opinion filed December 10, 1927. Affirmed.

*Richard E. Bird*, of Wichita, for the appellant.

*G. R. Gard*, of Iola, *A. E. Morgan*, *J. Sidney Nye*, both of Newton, *Al F. Williams*, *Don H. Elleman*, both of Columbus, *C. L. Aikman*, *Walter F. Mc-Ginis, Jr.*, both of El Dorado, *Guy L. Hursh*, of Topeka, *Lee Bond*, *C. F. W. Dassler*, both of Leavenworth, *A. C. Malloy*, *R. C. Davis*, *W. H. White*, all of Hutchinson, *David Ritchie*, of Salina, *C. J. Conlon*, of Atchison, *E. L. Foulke*, *R. R. Vermilion*, *C. A. Matson*, *W. D. Jochems*, *P. D. Gardiner*, *Graham Campbell*, *Earl Blake*, *Arch F. Williams*, *George Siefkin*, all of Wichita, *L. D. Moore* and *Harold W. Herrick*, both of Winfield, for the appellees.

The opinion of the court was delivered by

HOPKINS, J.: The action was one by the receiver of The Mid-West Mutual Insurance Company against some three thousand of its policyholders, residing in many counties of the state, to recover from each a sum equal to one annual premium on his policy. The questions presented are similar to those considered in *Hall v. Hall*, 124 Kan. 466, 260 Pac. 645. The decision in that case is controlling here.

The judgment is affirmed.